PROB 12C
(6/16)

Report Date: October 18, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Earl Anderson, III                Case Number: 0980 2:16CR00037-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

| | | |
|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: May 4, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: May 3, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Anderson violated the terms and conditions of his supervised release by using marijuana on September 10, 2018.<br><br>On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgement and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.<br><br>On September 28, 2018, after initially being deceitful, Mr. Anderson admitted to the undersigned, and via a signed document, that he used marijuana on September 10, 2018. |

Prob12C
Re: Anderson, III, Earl
October 18, 2018
Page 2

| | | |
|---|---|---|
| 2 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. | |

**Supporting Evidence**: Mr. Anderson violated the terms and conditions of his supervised release by using marijuana and methamphetamine on October 13, 2018.

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgement and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

On October 16, 2018, after initially being deceitful and providing a urinalysis that tested presumptive positive for marijuana and methamphetamine, Mr. Anderson admitted to the undersigned, and via a signed document, that he used marijuana and methamphetamine on October 13, 2018.

| | | |
|---|---|---|
| 3 | **Standard Condition #11:** The defendant must be truthful when responding to the questions asked by the probation officer. | |

**Supporting Evidence**: Mr. Anderson was dishonest to his probation officer when asked questions about his sobriety on October 15 and 16, 2018.

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgement and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

On October 15, 2018, the undersigned made contact with Mr. Anderson at his residence. During this contact, the undersigned inquired with Mr. Anderson if he has maintained his sobriety since our last contact on September 28, 2018, in which he replied he had indeed maintained his sobriety.

On October 16, 2018, in response to failing to show for his random phase urinalysis test on October 15, 2018, Mr. Anderson reported to the U.S. Probation Office as instructed. Prior to Mr. Anderson providing a urinalysis, the undersigned inquired on multiple instances if he had relapsed on illegal substances, in which he responded he had not relapsed. After the urinalysis tested presumptive positive for methamphetamine and marijuana, Mr. Anderson ultimately admitted to using these illegal substances on October 13, 2018. Thereafter, Mr. Anderson apologized for his dishonesty to the undersigned.

Prob12C
**Re: Anderson, III, Earl**
**October 18, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

October 18, 2018
Date