Report Date: February 5, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Earl Anderson, III          Case Number: 0980 2:16CR00037-TOR-1

Address of Offender: 3817 E. 3rd Apartment # 2, Mead, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

Original Offense:      Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:     Prison - 30 months           Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   Matthew F. Duggan            Date Supervision Commenced: May 4, 2018

Defense Attorney:      J. Houston Goddard           Date Supervision Expires: May 3, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2018 and 11/09/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Anderson violated the terms and conditions of his supervised release by using marijuana on January 31, 2019.

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

On February 1, 2019, Mr. Anderson submitted a urinalysis that tested presumptive positive for marijuana. On February 5, 2019, Mr. Anderson admitted to this officer, and via a signed document, that he last used marijuana on January 31, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/05/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[✓] Other: This violation will be addressed at the hearing scheduled for 2/26/2019.

Signature of Judicial Officer

February 5, 2019

Date