PROB 12C
(6/16)

Report Date: April 4, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Earl Anderson, III | Case Number: 0980 2:16CR00037-TOR-1 |
| Address of Offender: | Mead, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | May 4, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: | May 3, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2018, 11/09/2018 and 02/06/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On or about March 26, 2019, Mr. Anderson consumed marijuana.<br><br>In response to Mr. Anderson failing to appear for his random phase urinalysis on March 25, 2019, Mr. Anderson was instructed to report to U.S. Probation on March 26, 2019. On March 26, 2019, Mr. Anderson reported as instructed and submitted a urine sample that tested presumptive positive for marijuana. He adamantly denied any relapse on marijuana. The sample was sent to Alere Toxicology (Alere) for confirmation. On March 30, 2019, Alere confirmed the sample positive, as well as being dilute. On April 2, 2019, Mr. Anderson admitted to the undersigned, and via a signed document, that he used marijuana on March 23, 2019. |

Prob12C
**Re: Anderson, III, Earl**
**April 4, 2019**
Page 2

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

8   **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On or about April 2, 2019, Mr. Anderson consumed marijuana.

On April 2, 2019, Mr. Anderson submitted a urine sample that tested presumptive positive for marijuana. Mr. Anderson admitted to the undersigned, and via a signed document, that he last used marijuana on March 30, 2019.

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

9   **Standard Condition #11:** The defendant must be truthful when responding to the questions asked by the probation officer.

**Supporting Evidence**: Mr. Anderson was dishonest to his probation officer when asked questions about his use of marijuana on March 26, 2019.

On March 26, 2019, Mr. Anderson submitted a urine sample that tested presumptive positive for marijuana. Mr. Anderson adamantly denied that he relapsed on marijuana and requested the sample be sent to Alere Toxicology (Alere). On April 2, 2019, Mr. Anderson ultimately admitted that he was not truthful to the undersigned officer, as he had in fact used marijuana on March 23, 2019. Mr. Anderson apologized for his dishonesty.

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/04/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Anderson, III, Earl**
**April 4, 2019**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[✓]  Defendant to appear before the Magistrate Judge.
[ ]  Other:

_____
Signature of Judicial Officer

April 11, 2019
Date