PROB 12C
(6/16)

Report Date: April 11, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Earl Anderson, III         Case Number: 0980 2:16CR00037-TOR-1

Address of Offender:                          Mead, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

Original Offense:       Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:      Prison - 30 months              Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    Matthew F. Duggan               Date Supervision Commenced: May 4, 2018

Defense Attorney:       J. Houston Goddard              Date Supervision Expires: May 3, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2018, 11/09/2018, 02/06/2019, and 04/04/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: On or about April 9, 2019, Mr. Anderson consumed methamphetamine and marijuana.

In response to Mr. Anderson failing to appear for his random phase urinalysis on April 8, 2019, Mr. Anderson was instructed to report to U.S. Probation on April 9, 2019. On April 9, 2019, Mr. Anderson reported as instructed and submitted a urine sample that tested presumptive positive for methamphetamine and marijuana. Thereafter, Mr. Anderson admitted to the undersigned, and via a signed document, that he last consumed methamphetamine and marijuana on April 6, 2019.

On May 7, 2018, Mr. Anderson participated in a supervision intake at the U.S. Probation Office. On that date, a copy of the conditions of supervision as outlined in the judgment and sentence were reviewed, and Mr. Anderson signed a copy acknowledging the requirements.

Prob12C
**Re: Anderson, III, Earl**
**April 11, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/11/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_Thomas O. Rice_
Signature of Judicial Officer

April 11, 2019
Date