PROB 12C
(6/16)

Report Date: April 23, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Earl Anderson, III | Case Number: 0980 2:16CR00037-TOR-1 |
| Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Mead, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew Duggan | Date Supervision Commenced: May 4, 2018 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: May 3, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/18/2018, 11/09/2018, 02/06/2019, 04/04/2019, and 04/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition # 2**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On or about April 12, 2019, Mr. Anderson consumed marijuana, methamphetamine, and amphetamine.<br><br>On April 12, 2019, Mr. Anderson submitted a urinalysis at Pioneer Human Services (PHS) as his phase urinalysis color was instructed to test on this day. Mr. Anderson's urinalysis tested presumptive positive for marijuana, methamphetamine, and amphetamine. The sample was sent to Alere Toxicology (Alere) for confirmation. On April 22, 2019, Alere confirmed the sample was positive for methamphetamine, amphetamine, and marijuana. On April 12, 2019, Mr. Anderson completed an admission statement at PHS stating that he had used the aforementioned illicit substances, though did not provide an exact date as to when. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/23/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] Other : Incorporate violation with previously submitted violations.

*Thomas O. Rice*

Signature of Judicial Officer

April 23, 2019

Date