PROB 12C
(6/16)

Report Date:  December 11, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 11, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Earl Anderson, III                    Case Number: 0980 2:16CR00037-TOR-1

Address of Offender:                              Mead, Washington 99021

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 2, 2019) | Prison - 6 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: October 15, 2019 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: October 14, 2023 |

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Anderson violated his conditions of supervision by using marijuana on or about November 11 and December 6, 2019.

Mr. Anderson reported to the U.S. Probation Office on November 13, 2019, at the direction of the undersigned officer.  A random urinalysis test was requested.  At that time he admitted to using marijuana on November 11, 2019, and signed a drug use admission form.  On November 27, 2019, Mr. Anderson provided a negative urine sample.

On December 9, 2019, Mr. Anderson provided a urine sample at Pioneer Human Services. The urine sample was presumptive positive for marijuana, and he admitted to using marijuana on December 6, 2019.  He signed an admission form.

Prob12C
**Re: Anderson, III, Earl**
**December 11, 2019**
**Page 2**

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised he is prohibited from using marijuana.

2          **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Anderson violated his conditions of supervision by using methamphetamine on or about December 6, 2019.

On December 9, 2019, Mr. Anderson provided a urine sample at Pioneer Human Services. The urine sample was presumptive positive for methamphetamine.  At that time, he denied using methamphetamine.

On December 10, 2019, the undersigned officer confronted Mr. Anderson on his positive test.  He admitted to using methamphetamine on December 6, 2019, after getting into an argument with his sister. The urine sample was sent to the lab for confirmation.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised he is prohibited from using methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/11/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

**Prob12C**
**Re: Anderson, III, Earl**
**December 11, 2019**
**Page 3**

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Thomas O. Rice
Chief U.S. District Judge

Signature of Judicial Officer

December 11, 2019

Date