# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Earl Anderson, III   Case Number: 0980 2:16CR00037-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: September 7, 2016

Original Offense:   Failure to Register, 18 U.S.C. § 2250

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 2, 2019) | Prison - 6 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: October 15, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: October 14, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Anderson violated his conditions of supervision by using marijuana on or about December 28, 2019, and January 23, 2020.

On January 3, 2020, Mr. Anderson provided a urine sample at Pioneer Human Services and the urine sample was presumptive positive for marijuana. Mr. Anderson admitted to using marijuana on December 28, 2019, and he signed an admission form.

On January 23, 2020, Mr. Anderson reported to the probation office to submit to urinalysis testing. The urine sample was presumptive positive for marijuana and was sent to Alere Toxicology for further testing. Mr. Anderson denied using marijuana since his last reported use.

Prob12C
Re: **Anderson, III, Earl**
**January 24, 2020**
**Page 2**

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised he is prohibited from using marijuana

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/24/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Chief United States District Judge

Signature of Judicial Officer

January 24, 2020

Date