PROB 12C
(6/16)

Report Date: September 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Earl Anderson, III | Case Number: | 0980 2:16CR00037-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 7, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250 | | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(May 2, 2019) | Prison - 6 months<br>TSR - 48 months | | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | October 15, 2019 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: | October 14, 2023 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  It is alleged that Mr. Anderson violated his conditions of supervision by stalling on a urinalysis test at Pioneer Human Services (PHS) on September 17, 2020.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised of all mandatory, standard, and special conditions of his supervised release

On September 17, 2020, the undersigned officer directed Mr. Anderson to submit to urinalysis testing at PHS, after this officer received information that Mr. Anderson used a device to defeat his urinalysis test at PHS on September 15, 2020.  It was also reported to this officer that Mr. Anderson had recently consumed methamphetamine.

Prob12C
Re: Anderson, III, Earl
September 23, 2020
Page 2

On September 17, 2020, Mr. Anderson stalled on his urinalysis test at PHS and was unable to provide a sample.

2    **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged Mr. Anderson violated his terms of supervision by failing to contact this officer, as directed, on September 17 and 18, 2020.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised of all mandatory, standard, and special conditions of his supervised release

On September 17, 2020, the undersigned officer left messages for Mr. Anderson to call this officer; those messages went unanswered. On September 18, 2020, the undersigned officer again left multiple messages for Mr. Anderson to call the undersigned. Again, those messages went unanswered.

3    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged Mr. Anderson violated the terms of his supervision by failing to appear for random urinalysis testing, as directed, on September 18, 2020.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised of all mandatory, standard, and special conditions of his supervised release

After learning Mr. Anderson stalled on a urinalysis test on September 17, 2020, the undersigned officer called Mr. Anderson, leaving a voice mail and text message directing him to provide a urine sample at PHS. He failed to appear as directed.

4    **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. Anderson violated the terms of his supervision by using marijuana on or about September 22, 2020.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised of all mandatory, standard, and special conditions of his supervised release

On September 22, 2020, Mr. Anderson contacted this officer by telephone. When he was confronted about his stalled urinalysis test on September 17, 2020, he admitted to this officer that he had been consuming marijuana.

Prob12C
**Re: Anderson, III, Earl**
**September 23, 2020**
**Page 3**

| | |
|---|---|
| 5 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**   It is alleged Mr. Anderson violated the terms of his supervision by failing to appear for urinalysis testing, as directed, on September 22, 2020.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised of all mandatory, standard, and special conditions of his supervised release

On September 22, 2020, the color of the day for urinalysis testing was gold-1, Mr. Anderson's assigned color for urinalysis testing. On September 23, 2020, the undersigned officer was informed he failed to appear.

| | |
|---|---|
| 6 | **Special Condition # 8**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: It's alleged Mr. Anderson violated the terms of his supervision by failing to enter the Spokane Residential Reentry Center (RRC), as directed, on September 22, 2020.

On October 16, 2019, Mr. Anderson signed his conditions relative to case number 2:16CR00037-TOR-1 acknowledging an understanding of his obligations to the Court. Specifically, he was advised of all mandatory, standard, and special conditions of his supervised release.

On September 16, 2020, Mr. Anderson was notified regarding his RRC placement scheduled for September 22, 2020, and he acknowledged an understanding to report to the RRC on the scheduled date.

At 5 p.m. on September 22, 2020, the undersigned officer spoke with Mr. Anderson. He advised this officer he was still committed to report to the RRC, as directed.

On September 23, 2020, the undersigned officer was notified by staff at the RRC that Mr. Anderson failed to enter the RRC.

Prob12C
**Re: Anderson, III, Earl**
**September 23, 2020**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/23/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

September 23, 2020
Date