PROB 12C
(6/16)

Report Date: August 23, 2021

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Earl Anderson, III | Case Number: 0980 2:16CR00037-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 7, 2016

| | | |
|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250 | |
| Original Sentence: | Prison - 30 months<br>TSR - 60 months | Type of Supervision: Supervised RElease |
| Revocation Sentence:<br>(May 2, 2019) | Prison - 6 months<br>TSR - 48 months | |
| Revocation Sentence:<br>(November 3, 2020) | Prison - 8 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: June 11, 2021 |
| Defense Attorney: | Katherine Westerman | Date Supervision Expires: June 10, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/23/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Anderson violated his conditions of supervised release by committing obstruction of a law enforcement officer on August 22, 2021.<br><br>On November 3, 2020, Mr. Anderson's supervised release was revoked.  He was made aware of his conditions of supervision upon release.<br><br>On August 22, 2021, the undersigned officer received an email from a police officer with the Spokane Police Department.  The police officer advised that contact was made with Mr. Anderson in Coeur d'Alene Park.  Mr. Anderson attempted to run away from three police officers; however, he was apprehended on his U.S. Marshals warrant.  He was cited for obstructing a law enforcement officer and booked into the Spokane County Jail. |

Prob12C
Re: Anderson, III, Earl
August 23, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/23/2021

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

August 23, 2021
Date